**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF GEORGIA**
**WAYCROSS DIVISION**

|  |  |
|---|---|
| AMBER LEDFORD, | |
| Plaintiff, | CIVIL ACTION NO.: 5:25-cv-81 |
| v. | |
| FRANK BISIGNANO, Commissioner of Social Security, | |
| Defendant. | |

## O R D E R

Defendant filed a Consent Motion for Entry of Judgment With Remand.  Doc. 23.

Defendant seeks to have this cause remanded to the Social Security Administration under

sentence four of 42 U.S.C. § 405(g).  Plaintiff's counsel consents to this Motion.  Id. at 2.  Upon

due consideration, the Court **GRANTS** Defendant's Motion.  The Court reverses the decision of

the Commissioner and remands this cause to the Commissioner for further administrative

proceedings.  On remand, the Commissioner is to provide Plaintiff with the opportunity to have a

hearing.  Id.  The Court **DIRECTS** the Clerk of Court to enter the appropriate judgment.

**SO ORDERED**, this 9th day of April, 2026.

BENJAMIN W. CHEESBRO
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA