AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

AMBER LEDFORD,

Plaintiff,

**JUDGMENT IN A CIVIL CASE**

**v.**

CASE NUMBER: 5:25-cv-81

FRANK BISIGNANO, Commissioner of Social Security,

Defendant.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, in accordance with the Court's April 9, 2026 Order granting Defendant's consent motion to remand, the Court reverses the decision of the Commissioner and remands this cause to the Commissioner for further administrative proceedings and to provide Plaintiff with the opportunity to have a hearing.  This case stands closed.

Approved by: _____

**HON. BENJAMIN W. CHEESBRO**
**UNITED STATES MAGISTRATE JUDGE**
**SOUTHERN DISTRICT OF GEORGIA**

April 13, 2026
_____
*Date*

John E. Triplett, Clerk of Court
_____
*Clerk*

_____
*(By) Deputy Clerk*

GAS Rev 10/2020